IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alvarado, Hadassa

Printed: 11/11/08

Case Number: 04 B 36354
Judge: Goldgar, A. Benjamin
Filed: 9/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 26, 2008
Confirmed: December 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,523.00 |  |
| Secured: |  | 7,939.82 |
| Unsecured: |  | 616.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,405.20 |
| Trustee Fee: |  | 560.45 |
| Other Funds: |  | 0.59 |
| Totals: | 10,523.00 | 10,523.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,405.20 | 1,405.20 |
| 2. | DaimlerChrysler Financial | Secured | 7,939.82 | 7,939.82 |
| 3. | DaimlerChrysler Financial | Unsecured | 534.38 | 534.38 |
| 4. | Resurgent Capital Services | Unsecured | 82.56 | 82.56 |
| 5. | AT&T Universal Card | Unsecured |  | No Claim Filed |
| 6. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 7. | MBNA America | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,961.96 | $ 9,961.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 73.11 |
| 4% | 27.01 |
| 3% | 20.24 |
| 5.5% | 111.39 |
| 5% | 33.75 |
| 4.8% | 64.80 |
| 5.4% | 230.15 |
|  | $ 560.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alvarado, Hadassa | Case Number:  04 B 36354 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed:  9/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

